## MEMORANDUM DECISIONS

AARON, Appellant, v. COLUMBIA–KNICK-ERBOCKER TRUST CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. October 23, 1914.) Action by Fannie Aaron against the Columbia-Knickerbocker Trust Company, impleaded with others. H. D. Cohen, of New York City, for appellant. J. T. Davies, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ACKERMAN, Respondent, v. STACEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 23, 1914.) Action by Schuyler Ackerman, as administrator, etc., against Irving E. Stacey.
PER CURIAM. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 148 N. Y. Supp. 1103.
FOOTE, J., not sitting.

ADAMS, Respondent, v. CLARKE, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Lulu F. Adams against Florence Clarke, impleaded with others. Frost & Nieman, of New York City, for appellant. G. C. Lay, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ADAMS, Respondent, v. SWIFT et al., Appellants. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Lulu F. Adams against Edith H. Swift and others. Frost & Nieman, of New York City, for appellants. G. C. Lay, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ADLER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Isidore Adler against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

ÆTNA BRICK CO., Respondent, v. P. J. HEANEY CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by the Ætna Brick Company against the P. J. Heaney Company.
PER CURIAM. Judgment and orders affirmed, with costs.
SMITH, P. J., dissents.

In re AFFLECK et al. (Supreme Court, Appellate Division Second Department. October 30, 1914.) In the matter of the judicial settlement of the account of proceedings of Lizzie D. Affleck and another, as trustees, etc., of James Affleck, deceased. No opinion. Decree of the Surrogate's Court of Westchester County (63 Misc. Rep. 659, 146 N. Y. Supp. 835) affirmed, with costs payable out of the estate.

AGNEW, Appellant, v. MASSACHUSETTS MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Amy C. Agnew, as sole administratrix, etc., of John Agnew, deceased, against the Massachusetts Mutual Life Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements.

AIELLO, Respondent, v. ROCCO, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Joseph Aiello against Frank Rocco.
PER CURIAM. Judgment and order of the County Court of Westchester County reversed, and new trial ordered, costs to abide the event, on the ground that the evidence shows that the parties agreed that the work should be done as the plans and specifications provided, except as otherwise stipulated, and that it was not so done. Hence the plaintiff failed to perform the contract, with resulting damage to defendant.

ALLO, Respondent, v. BENGUIAT et al., Appellants. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Paul M. Allo against Vitall Benguiat and another. J. C. Grier, of New York City, for appellants. L. Ogust, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ALTORIA REALTY CO. v. DE LACEY. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the Altoria Realty Company against Peter De Lacey. No opinion. Motion denied, with $10 costs. Order filed. See, also, 148 N. Y. Supp. 1103.